UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA JEAN RAINBOLT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-01172-SEB-MPB |
| | ) |
| NANCY A. BERRYHILL Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION TO**
**DISMISS COMPLAINT WITHOUT PREJUDICE**

Plaintiff Angela Jean Rainbolt has failed to prosecute her complaint for judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration.

On June 15, 2017, the court issued its Order (Docket No. 13) that established a briefing schedule and required Ms. Rainbolt to file within thirty (30) days a brief in support of her complaint. Ms. Rainbolt did not file a brief, and on October 19, 2017, the court issued an Order to Show Cause why Plaintiff's complaint should not be dismissed without prejudice, because of Ms. Rainbolt's failure to comply with the June 15, 2017 order. (Docket No. 17). Ms. Rainbolt was required to explain by November 17, 2017, why her complaint should not be dismissed. Ms. Rainbolt did not respond to the show cause order.

Because of Ms. Rainbolt's failure to comply with the court's orders and her failure to prosecute her claims, the Magistrate Judge recommends to the District Judge that her complaint be DISMISSED WITHOUT PREJUDICE.

Any objections to this Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Dated: December 18, 2017

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution: All ECF-registered counsel of record by email through the court's ECF system.

Via United States mail:

**ANGELA JEAN RAINBOLT**
225 S. 16th St.
Terre Haute, IN 47807
812-264-5235